No. 02–1382. FISHER ET UX. *v.* NEW YORK STATE COMMISSIONER OF TAXATION AND FINANCE ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 02–1383. GOODE-HENRY, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF BURNETT, HER DAUGHTER, DECEASED *v.* CITY OF PHILADELPHIA, PENNSYLVANIA, ET AL. Commw. Ct. Pa. Certiorari denied.

No. 02–1387. WAITERS ET AL. *v.* PRINCE GEORGE'S COUNTY, MARYLAND, ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–1390. LOREN *v.* SASSER ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–1396. AXFORD *v.* SUPREME COURT OF ARIZONA ET AL. Sup. Ct. Ariz. Certiorari denied.

No. 02–1397. RASMUSSEN ET UX. *v.* KING COUNTY, WASHINGTON. C. A. 9th Cir. Certiorari denied.

No. 02–1398. MILLER *v.* BROWNSTEIN ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 02–1402. PENNSYLVANIA PUBLIC UTILITY COMMISSION ET AL. *v.* NATIONAL RAILROAD PASSENGER CORPORATION ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–1403. ST. GERMAIN ET AL. *v.* U. S. HOME CORP. ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 02–1410. PAGE, WARDEN *v.* SCHULTZ. C. A. 7th Cir. Certiorari denied.

No. 02–1414. GRAND FORKS PROFESSIONAL BASEBALL, INC., ET AL. *v.* NORTH DAKOTA WORKERS COMPENSATION BUREAU. Sup. Ct. N. D. Certiorari denied.